1  **JENNIFER C. NOBLE, ESQ., CSBN 256952**
   **WISEMAN LAW GROUP, P.C.**
2     **1477 Drew Avenue, Suite 106**
      **Davis, California 95618**
3     **Telephone:    530.759.0700**
      **Facsimile:    530.759.0800**
4
5  **Attorney for Defendant**
   **DION J. MOORE**
6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9                          SACRAMENTO DIVISION

10

11  UNITED STATES OF AMERICA,          )   Case No. CR S 11-CR-00495 CKD
                                       )
12                   Plaintiff,        )
                                       )
13      vs.                            )   STIPULATION AND ORDER TO
                                       )   CONTINUE CONTROL DATE
14                                     )
                                       )
15  DION J. MOORE,                     )
                                       )
16                   Defendant.        )
                                       )
17  _____)

18        IT IS HEREBY stipulated between the United States of America through its undersigned

19  counsel, Nicholas Fogg, Assistant United States Attorney and Jennifer C Noble, attorney for

20  defendant Dion J. Moore, that the control date presently set for January 30, 2013 be continued to

21  February 13, 2013, thus vacating the presently set control date.

22        Defense Counsel needs additional time to review the status of payment of fine and

23  assessment with defendant.

24  **IT IS SO STIPULATED.**

25

26  Dated: January 29, 2013                    By: /s/ Jennifer C. Noble
                                                JENNIFER C. NOBLE
27                                              WISEMAN LAW GROUP
                                                Attorney for Defendant
28                                              **Dion J. Moore**

                                           1

Dated: January 29, 2013

Benjamin B. Wagner
United States Attorney

By: /s/ Nicholas Fogg
NICHOLAS FOGG
Special Assistant U.S. Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the January 30, 2013, control date shall be continued until February 13, 2013.

**IT IS SO ORDERED.**

**Date:  1/29/2013**

_____

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to Continue Control Date

Case No. CR S 11-00495 CKD