BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00495-KJN |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE AND ORDER TO ISSUE JUDICIAL SUMMONS** |
| v. | **RE: PROBATION REVOCATION** |
| DION J. MOORE, | |
| Defendant. | |

It is Hereby Ordered that the defendant appear on February 20, 2013, at 9:00 a.m., to show cause why the probation granted on February 29, 2012, should not be revoked for the defendant's failure to pay his court-ordered fine. The Clerk's Office shall issue a summons directing the defendant to appear on February 20, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 15, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE